Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Ashley Hoskin,<br><br>      Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>      Defendant. | Civil Action No: 2:16-cv-00331-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, August 17, 2016, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  07/15/2016              / s / Joseph C. Fraulob
                                Joseph C. Fraulob
                                Attorney for Plaintiff

Dated:  07/15/2016              / s / Marcelo Illarmo
                                Marcelo Illarmo
                                Special Assistant U.S. Attorney
                                Attorney for Defendant

IT IS ORDERED.

Dated:  July 20, 2016           _Carolyn K. Delaney_ (signature)
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE